JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK (Bar No. 083908),
morlick@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298),
mkenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant Bed Bath & Beyond of California Limited Liability Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>            Plaintiff,<br><br>      v.<br><br>BED BATH & BEYOND OF CALIFORNIA, LLC, et al.<br><br>            Defendants. | CASE NO.  11-cv-4554-DMG<br><br>**JUDGMENT** |

On July 21, 2012, the Court having (1) granted the motion by defendant Bed Bath & Beyond of California Limited Liability Company for summary judgment on Plaintiff's claims brought pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.* and (2) dismissed Plaintiff's supplemental state law claims without prejudice,

//

//

1  IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff shall have and
2  recover nothing by way of his complaint herein.

3

4  DATED:   September 25, 2012

5  _____
6  DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE