FILED

UNITED STATES COURT OF APPEALS

AUG 19 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRIS KOHLER, | No. 12-56727 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-04554-DMG-MAN |
| v. | Central District of California, Los Angeles |
| BED BATH AND BEYOND OF CALIFORNIA, LLC, DBA Bed Bath and Beyond No. 538, | ORDER |
| Defendant - Appellee. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

8/19/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY
DLM

Before: Peter L. Shaw, Appellate Commissioner.

The Court has received the declaration of counsel Scottlynn Hubbard IV, Esq. and the declaration of counsel Fred Isaacs, Esq., in response to the July 10, 2013 order. The Court has also received appellee's response. Appellant's motion for a further extension of time to file the opening brief is granted. The opening brief is due September 20, 2013. Any further request for an extension of time to file the opening brief is disfavored.

The answering brief is due October 21, 2013. The optional reply brief is due within 14 days after service of the answering brief.

Amt\/Pro Mo commish 12Aug2013